UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In Re: Insurance Brokerage Antitrust Litigation

KLLM, INC.     PLAINTIFF

VS.     CIVIL ACTION NO. 3:09cv00094-DPJ-JCS

MARSH USA, INC., et al.     DEFENDANTS

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents the Defendant Marsh USA Inc. of Louisiana. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 18th day of February, 2009.

    s/ *Daniel P. Jordan III*
    UNITED STATES DISTRICT JUDGE